IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BILLY CHARLES AARON,
ADC #110649                                                                          PLAINTIFF

v.                                     No. 5:15-cv-215-DPM-JJV

WENDY KELLEY, Director, Arkansas
Department of Correction; and
STATE OF ARKANSAS                                                               DEFENDANTS

## ORDER

On *de novo* review, the Court adopts the recommendation as modified, № 5, and overrules Aaron's objections, № 6. FED. R. CIV. P. 72(b)(3). Aaron's petition for writ of habeas corpus will be dismissed without prejudice. No certificate of appealability will issue. 28 U.S.C. § 2253(c)(1)–(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

27 August 2015