IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BILLY CHARLES AARON,
ADC #110649                                                              PLAINTIFF

v.                          No. 5:15-cv-215-DPM

WENDY KELLEY, Director, Arkansas
Department of Correction; and
STATE OF ARKANSAS                                                    DEFENDANTS

## JUDGMENT

Aaron's petition for a writ of habeas corpus is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

27 August 2015