IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BILLY CHARLES AARON,
ADC #110649                                                              PETITIONER

v.                              No. 5:15-cv-215-DPM

WENDY KELLEY, Director, Arkansas
Department of Correction; and
STATE OF ARKANSAS                                                RESPONDENTS

### ORDER

Aaron's motion to reconsider and motion for relief from judgment, № 11 & 12, are denied. Aaron's complaints about his conditions of confinement may be support for a § 1983 lawsuit; but they are not grounds for habeas relief.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 September 2015